MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
287 Bowman Avenue
Purchase, New York 10573
914-977-7317
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY as | Docket No.:
subrogee of ONE BANANA NORTH AMERICA CORP,

           Plaintiff, | **CIVIL ACTION**
-against- | **VERIFIED**
                       | **COMPLAINT**

SEALAND GUAYAQUIL and the SEALAND
MANZANILLO, their engines, boilers, etc. and
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.,

           Defendants.
-------------------------------------------------------------------X

  1.  This is a case of contract, cargo damage and non-delivery of cargo, civil and maritime and is an admiralty and maritime claim within the meaning of the Rule 9(h). Plaintiff invokes the maritime procedures specified in Rule 9(h).

  2.  Plaintiff, Zurich American Insurance Company, as subrogee of One Banana North America Corp., is a legal entity organized under the law, with an office located at P.O. Box 968015, Schaumburg, Illinois 60196

  3.  Defendant MSC Mediterranean Shipping Company, S.A. is a legal entity organized under the law, with an office and agent Mediterranean Shipping Company, (USA) Inc. located at 420 Fifth Avenue, New York, NY 10018. During all times herein mentioned, defendant was the owner and/or operator of the Sealand Quayaquil and the Sealand Manzanillo and operated them in the common carriage of goods by water for hire between Paita and Savannah, Georgia..

4. The Sealand Guayaquil and Sealand Manzanillo are now or during the pendency of this action will be, within the District.

## COUNT I

5. Plaintiff alleges each an every allegation in paragraphs numbered 1 – 4 as if each was fully set forth here.

6. On or about March 22, 2018 Organicos Rio Verde S.A.C. delivered a shipment of 2,880 boxes of Green Fresh Organic Bananas loaded in three ocean going containers to defendant, as a common carrier at the port of Paita in good condition, for transportation on board the Sealand Guayaquil in consideration of an agreed freight and pursuant to the valid terms and conditions of clean on board bills of lading issued by defendant and the Sealand Guayaquil.

7. Defendant caused said goods, still in good order and condition to be laden on board the Sealand Guayaquil. On or about April 6, 2018, the Sealand Guayaquil arrived at the port of Savannah, Georgia and thereafter delivered said shipment in a short, slack and damaged condition.

8. Prior April 6, 2018, One Banana North America Corp. became for value the owner of said shipment and the owner and holder of clean on-board bills of lading and brings this suit on its own behalf and that of all others interest in said shipment.

9. All conditions precedent required of plaintiff and of all others interested in said shipment have been performed.

10. By reason of the premises, plaintiff and those on whose behalf this suit is brought have sustained damages in the sum of $60,000 as nearly as the same can now be estimated, no part of which has been paid although duly demanded.

## Count II

11. Plaintiff alleges each and every allegation in paragraphs 1-4 as if fully set forth herein.

12. On or about March 22, 2018 Organicos Rio Verde S.A.C. delivered a shipment of 1,920 boxes of Green Fresh Organic Bananas loaded in two ocean going containers to defendant, as a common carrier at the port of Paita in good condition, for transportation on board the Sealand Manzanillo in consideration of an agreed freight and pursuant to the valid terms and conditions of clean on board bills of lading issued by defendant and the Sealand Manzanillo.

13. Defendant caused said goods, still in good order and condition to be laden on board the Sealand Manzanillo. On or about April 14, 2018, the Sealand Manzanillo arrived at the port of Savannah, Georgia and thereafter delivered said shipment in a short, slack and damaged condition.

14. Prior April 14, 2018, One Banana North America Corp. became for value the owner of said shipment and the owner and holder of clean on-board bills of lading and brings this suit on its own behalf and that of all others interest in said shipment.

15. All conditions precedent required of plaintiff and of all others interested in said shipment have been performed.

16. By reason of the premises, plaintiff and those on whose behalf this suit is brought have sustained damages in the sum of $40,000 as nearly as the same can now be estimated, no part of which has been paid although duly demanded

WHEREFORE, plaintiff prays:

1. That Sealand Guayaquil and Sealand Manzanillo be arrested;

2. That process issue against defendant MSC Mediterranean Shipping Company, S.A. and that defendant be cited to appear and answer the allegations of the complaint;

3. That an interlocutory judgment be entered in favor of the plaintiff against the Sealand Guayaquil and the Sealand Manzanillo , and against defendant directing that the plaintiff recover its damages and that the Sealand Guayaquil and the Sealand Manzanillo, be condemned and sold and the proceeds of sale be applied to the payment to plaintiff of the sums found due it;

4. That the amount due plaintiff be computed by further proceedings before a Magistrate, pursuant to Rule 53(b) and/or by further proceedings before the Court pursuant to Rule 42(b);

5. That final judgment against defendant and the Sealand Guayaquil and Sealand Manzanillo, be entered in favor of the plaintiff for the amount found due plaintiff with interest and with costs; and

6. That plaintiff have such other and further relief as may be just.

Dated: Purchase, New York
June 30, 2020

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By: _____
William R. Connor III (WC 4631)
Attorneys Plaintiff
Zurich American Insurance Company, as subrogee of One Banana North America Corp
287 Bowman Avenue
Purchase, New York 10573
Tel. #: 914-977-7317
Fax #: 914-977-7301
File #: 30024.00336-341

TO: MSC Mediterranean Shipping Company, (USA), Inc.
420 Fifth Avenue
New York, NY 10018

LEGAL/119966654.v1

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK              )
                               : 
COUNTY OF WESTCHESTER          )

**WILLIAM R. CONNOR III**, being duly sworn, deposes and says:

I am a member of the firm of Marshall Dennehey Warner Coleman & Goggin, attorneys for the Plaintiff in this action.

I have read the foregoing Verified Complaint, know the contents thereof, and the same is true to the best of my knowledge, information and belief.

The sources of my information and the grounds of my belief are documents in the possession of my firm.

Dated: Purchase, New York
       June 30, 2020

_____
William R. Connor III

Sworn to before me on this
30th day of June, 2020

_____
Notary Public
DESIREE ROBINSON
Notary Public, State of New York
No. 01RO6376592
Qualified in Westchester County
Commission Expires June 18, 2022

4

LEGAL/119966654.v1