MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
287 Bowman Avenue Suite 404
Purchase, New York 10577
914-977-7317
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
ZURICH AMERICAN INSURANCE COMPANY as
Subrogee of ONE BANANA NORTH AMERICAN CORP.

                            Plaintiff,

  -against-

SEALAND GUAYAQUIL and the SEALAND
MANZANILLO, their engines, boilers, etc. and
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.,

                            Defendants.
-----------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 20 CV-6028

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

The matter having been settled in the amount of $55,000.00, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, the plaintiff, ZURICH AMERICAN INSURANCE COMPANY as Subrogee of ONE BANANA NORTH AMERICAN CORP., hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against all defendants, and without prejudice to reopen if settlement funds are not received within 60 days of the date of this Notice.

LEGAL/133271109.v1

Dated: Purchase, New York
October 8, 2020

                                  MARSHALL DENNEHEY WARNER
                                  COLEMAN & GOGGIN

By: *William R. Connor III*

                              William R. Connor III (WC 4631)
                              Attorneys Plaintiff
                              Zurich American Insurance Company as
                              Subrogee of One Banana North America
                              Corp.
                              Purchase, New York 10573
                              Tel. #: 914-977-7317
                              Fax #: 914-977-7301
                              File #: 30024.00336-341
                              Email: wrconnor@mdwcg.com

SO ORDERED. *Case is terminated.*

*[signature]*

USDJ

11/23/20

TO:    MSC Mediterranean Shipping Company (USA), Inc.
        420 Fifth Avenue
        New York, New York 10018